NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALFRED RUBEN PELT,**

*Claimant-Appellant*

**v.**

**DOUGLAS A. COLLINS, SECRETARY OF VETERANS AFFAIRS,**

*Respondent-Appellee*

---

2023-2201

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 21-6212, Judge Amanda L. Meredith, Judge Coral Wong Pietsch, Judge Joseph L. Toth.

---

**JUDGMENT**

---

JOHN D. NILES, Carpenter Chartered, Topeka, KS, argued for claimant-appellant. Also represented by KENNETH M. CARPENTER; AMY BETH KRETKOWSKI, Law Office of Amy B. Kretkowski, PLC, Iowa City, IA.

PATRICK ANGULO, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by CLAUDIA BURKE, PATRICIA M. MCCARTHY, BRETT

SHUMATE; EVAN SCOTT GRANT, DEREK SCADDEN, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (CHEN, LINN, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 11, 2025
Date

Jarrett B. Perlow
Clerk of Court